**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HERBERT WELLS, *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br>v.<br><br>PRIME RETIREMENT SOLUTIONS, LLC, and PRINCE WILLIAM SOUND ACQUACULTURE CORPORATION,<br><br>Defendants. | Case No. 2:25-cv-12788 |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff Herbert Wells, individually and on behalf of all others similarly situated, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action against the above-named Defendants with prejudice as to his individual claims and without prejudice as to the claims of the putative class.

Dated: October 30, 2025.

Respectfully submitted,

*/s/ Kenneth Grunfeld*
Kenneth Grunfeld
Courtney Maccarone
**KOPELOWITZ OSTROW, P.A.**
1 West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Tel.: (954) 332-4200
grunfeld@kolawyers.com
maccarone@kolawyers.com

*Counsel for Plaintiff*

SO ORDERED

s/Evelyn Padin
Evelyn Padin, U.S.D.J.

Date: 10/31/2025